IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF ) <br> INFORMATION ASSOCIATED WITH ) <br> CELLULAR DEVICES ASSIGNED CALL ) <br> NUMBERS: (865) 209-2987 WITH ) <br> INTERNATIONAL MOBILE EQUIPMENT ) <br> 35348103046877; (865) 250-2671 WITH IMEI) <br> NUMBER 35491609292716; (423) 215-0395 ) <br> WITH IMEI NUMBER ) <br> 452716086922130, THAT IS STORED ) <br> AT PREMISES CONTROLLED BY ) <br> CELLCO PARTNERSHIP d.b.a. VERIZON ) <br> WIRELESS ) | 3:20-MJ-2126 |

## ORDER TO UNSEAL

Upon motion of the government and for good cause shown, the above-captioned matter is unsealed. The redacted Affidavit in support of the application for the search warrant shall be substituted in the public record for the original Affidavit, pursuant to Local Rule 26.2.

SO ORDERED.

Entered this the 14 day of July, 2020.

H. BRUCE GUYTON
UNITED STATES MAGISTRATE JUDGE